**LaTonya Nix Wiley v. City of Atlanta**
**Northern District of Georgia**
<u>**Civil Action File No. 1:16-cv-00031-CC**</u>

## ATTACHMENT A
## JOINT PROPOSED VOIR DIRE QUESTIONS[1]

1. Is there any juror who is unable to read, write, speak, or understand the English language?

2. Is there any juror who is under the age of 18?

3. Is there any juror who is not a citizen of the United States?

4. Jurors for the Northern District of Georgia must reside in one of the following counties: Fulton, Cobb, Clayton, Cherokee, DeKalb, Douglas, Gwinnett, Henry, Newton, Rockdale. Is there any juror who is not a resident of one of these counties?

5. Is there any juror who has not resided in one of these counties for a period of at least one year?

6. Is there any juror who has trouble seeing or hearing well? Is there any juror who has any other physical or mental health condition that would prevent you from serving as a juror in this case?

---

[1] The parties understand that the Court will propound its own qualifying questions and juror questionnaire and have not included such general qualifying questions in this list.

7. Do any of you have a charge pending against you for the commission of, or have you been convicted in State or Federal Court of a crime punishable by imprisonment for more than one year, and if so have your civil rights been restored?

8. This trial could take up to five (5) days to try. Does that present a special problem for any of you?

9. Have any of you read or heard anything about this case?

10. Do any of you know of any reason that you could not be fair and impartial in considering the evidence and rendering a verdict?

11. Do any of you know of any reason that you could not pass judgment in a case?

12. Do any of you know of any reason that you could not apply the rules as they may be stated to you by the Judge?

13. Is there any juror who is related by blood or marriage to Plaintiff LaTonya Nix Wiley? Does any juror have an immediate family member who is related by blood or marriage to Plaintiff LaTonya Nix Wiley?

14. Is there any juror who knows Plaintiff LaTonya Nix Wiley, or any juror who has an immediate family member who knows Plaintiff LaTonya Nix Wiley?

15. Is there any juror who is related by blood or marriage to any of the attorneys for Plaintiff in this case: Kim Worth, Katy Aultman, or any attorney with the law firm of Thrasher Worth, LLC?

16. Is there any juror who is related by blood or marriage to any of the attorneys for Defendant in this case: David E. Gevertz, Kathryn Hinton, or any other attorney with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC?

17. Is there any juror who is related by blood or marriage to any of the attorneys for Defendant in this case: Anita Wallace Thomas, or any other attorney with the law firm of Nelson Mullins Riley & Scarborough LLP?

18. Are any of you, or are any of your blood relatives, presently or in the past, an employee of City of Atlanta?

19. Are any of you, or are any of your blood relatives, presently or in the past, an employee of the law firm or are any of you associated or personally familiar with Thrasher Worth, LLC?

20. Are any of you, or are any of your blood relatives, presently or in the past, an employee of the law firm or are any of you associated or personally familiar with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC?

21. Are any of you, or are any of your blood relatives, presently or in the past, an employee of the law firm or are any of you associated or personally familiar with the law firm of Nelson Mullins Riley & Scarborough LLP?

22. Here is a list of people who the parties may call as witnesses in this case. [Judge reads witness lists]. Are any of you related by blood or marriage to any witness who may appear in this case?

23. Do any of you have feelings toward any of the parties, witnesses, attorneys, or law firms involved in this case that might affect your ability to serve as an impartial juror?

24. Is there any juror who is incapable, by reason of either mental or physical infirmity, to render satisfactory jury service?