**LaTonya Nix Wiley v. City of Atlanta**
**Northern District of Georgia**
<u>**Civil Action File No. 1:16-cv-00031-CC**</u>

## ATTACHMENT B-1

## PLAINTIFF'S PROPOSED GENERAL VOIR DIRE QUESTIONS

**Plaintiff submits the following proposed voir dire questions to be submitted to the jury panel in this case. If a question is answered in the affirmative by a proposed juror, Plaintiff respectfully requests leave to ask follow up questions, as necessary.**

1. This is a case in which our client, LaTonya Nix Wiley, claims that her employer, the City of Atlanta, terminated her employment after it learned that she filed a lawsuit against Henry County in which she alleged that she had been subject to retaliation because of her objections to and refusal to participate in unlawful conduct during the time she served as the Henry County Attorney.

   Ms. Wiley seeks an award of money damages against Defendant for the injuries she suffered as a result of the City of Atlanta's conduct. Do any of you know of any reason why you would have any difficulty being a juror in

this type of case or in assessing legal responsibility involving the parties in this case?

2. Is everyone on this panel familiar with the First Amendment to the United States Constitution?

3. Has anyone on this panel ever studied the First Amendment in detail?

4. Does anyone on this panel believe that the freedom of speech is not important?

5. Without disclosing the issue, has anyone on this panel ever participated in a picket or other protest to oppose an issue you felt strongly about?

6. Without disclosing the issue, has anyone on this panel ever participated in a picket to support an issue you felt strongly about?

7. Does anyone on this panel believe such a demonstration should not be allowed?

8. Has anyone on this panel ever worked in city or state government?

9. Did you know as an employee of city or state government, if you ever reported a concern or issue regarding possible violations of law, you could report these violations without suffering retaliation from your employer?

10. How many of you would report concerns to your employer regarding possible violations of law if you knew or saw something that you thought should be reported?

11. Would you report misconduct in your workplace even if you were worried you could lose your job?

12. Has anyone here ever complained about issues at work they experienced which they thought were suspicious or problematic?

13. Has anyone here ever accused his or her employer of violating state or federal law?

14. Does anyone here feel they have ever been punished at work for reporting problems or concerns?

15. In this case, our client, Latonya Wiley, claims that she was fired from her position as an attorney with the City of Atlanta because she filed a lawsuit against her former employer which alleged she had been subject to retaliation for objecting to and refusing to participate in unlawful activity. Is there anyone on this panel who would be unable to give Ms. Wiley a fair trial based on my description of her claims?

16. Has anyone on this panel been the subject of an investigation by their employer?

17. Without disclosing the content, has anyone on this panel ever displayed a bumper sticker on their car which advertised a belief they supported?

18. Without disclosing the content, has anyone on this panel ever displayed a bumper sticker on their car which advertised a belief they opposed?

19. Does anyone on this panel own (or have owned) a business?

20. To those on this panel who answered yes to the preceding question, has anyone ever had an employee place signs in workplace which you felt were not appropriate?

21. Have you or a family member ever sued anyone? If so, please provide details.

22. Have you of a family member ever been sued? If so, please provide details.

23. Have you, or has anyone close to you, ever been arrested?

24. Have you, or has anyone close to you, ever been to jail?

25. Have you, or has anyone close to you, ever been charged with a crime?

26. Have you, or has anyone close to you, ever been a crime victim?

27. Have you, or has anyone close to you, ever been fired or laid off?

    For the jurors who answered "yes" to the previous question, when you were fired or laid off, did you ever feel the reason you were given for the termination or lay-off was false?

28. Have you, or anyone close to you, ever been turned down for a job you wanted or denied a promotion?

    For the jurors who answered "yes" to the previous question, did you

ever feel the reason you were given for not receiving the job or the promotion was false?

29. Is there any juror who has a general objection to the right of individuals to file suit against an entity they believe has committed a wrong against them?

30. Do any of you believe that our civil jury system is not a fair way to resolve legal disputes?

31. Is there any juror who has a religious, spiritual, political, or other philosophical objection to the filing of civil lawsuits seeking monetary damages against an employer?

32. Do any of you feel that you may have any hesitation in assessing damages against the Defendant if the evidence justifies the damages?

33. Do any of you feel that you would be unable to assess damages for emotional pain and suffering or mental distress?

34. Is there anyone who believes that it is wrong to file a lawsuit or who would be suspicious of someone who filed a lawsuit?

35. Has anyone ever testified in court before? If the answer to this question is yes, would you tell us what the case was about?

36. Has anyone ever served on a jury before? If the answer is yes, what type of case was it? Did the jury reach a verdict? Were you the foreperson?

37. Has anyone gone to law school or received any other legal training?

38. Has anyone ever worked in the legal field?

39. How many members of this panel get their news from the TV?

40. How many members of this panel get their news from the internet?

41. Raise your hand if you believe that as an American, you have a right to free press.

42. Has anyone on this panel ever managed employees?

43. Does anyone on this panel have any training in the field of Human Resources?

44. Does anyone on this panel have any familiarity with the law prohibiting retaliation against public employees for engaging in free speech? If so, what legal training have you had?

45. Other than what you have already told us, have any of you had any experience that you think might influence your function as a juror in this case? If so, please describe that.

46. This is a civil case. Unlike in a criminal case, where you decide the case beyond a reasonable doubt, in a civil case you decide whether the Plaintiff has proven her case based on the preponderance of the evidence. Is there any potential juror who would not be willing to follow the Court's instruction to consider the case using the preponderance of the evidence standard?

47. Now that you know something about the nature of this case, do any of you know of any reason why you would prefer not to serve as a juror in this case?

Plaintiff reserves the right to amend or modify this Attachment B-1 up to five days before trial.