**LaTonya Nix Wiley v. City of Atlanta.**
**Northern District of Georgia**
**Civil Action File No.: 1:16-cv-00031-CC**

## ATTACHMENT I-1

## PLAINTIFF'S PROPOSED VERDICT FORM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LATONYA NIX WILEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| CITY OF ATLANTA GEORGIA | ) ) | 1:16-cv-00031-CC |
| Defendant. | ) ) ) | |

## VERDICT FORM

### Section I - Retaliation

Do you find from a preponderance of the evidence:

1. That the City of Atlanta was aware of LaTonya Wiley's whistleblower lawsuit against Henry County, Georgia?

    Answer Yes or No        _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

    2. That the City of Atlanta fired Ms. Wiley?

        Answer Yes or No        _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

    3. That Ms. Wiley's whistleblower lawsuit against Henry County, Georgia was a motivating factor in the City of Atlanta's decision to fire Ms. Wiley?

        Answer Yes or No        _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

    4. That the City of Atlanta would not have fired Ms. Wiley if it had not learned of her whistleblower lawsuit against Henry County, Georgia?

        Answer Yes or No        _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

5. That Ms. Wiley suffered damages because of the City of Atlanta's acts?

    Answer Yes or No        _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

**Section II: Damages**

If you answered "Yes" as to Question No. 6 to Section I above, the judge will decide the amount of money damages to award LaTonya Nix Wiley for loss of her wages and benefits.  You will decide the following:

6. What amount of damages should LaTonya Nix Wiley be awarded to compensate for personal humiliation, harm to her reputation, emotional pain, and mental anguish?

    $ _____

SO SAY WE ALL, this _____ day of _____, 20 ____.

_____
FOREPERSON